**Order entered May 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00081-CV

**BANK OF AMERICA, N.A., Appellant**

**V.**

**TFHSP SERIES LLC SERIES 315, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-02267-2013**

## ORDER

We **GRANT** appellant's unopposed motion to amend initial brief and **ORDER** the brief tendered to the Clerk of the Court on May 22, 2014 filed as of the date of this order. Appellee's brief shall be filed no later than June 16, 2014.

/s/    ADA BROWN
        JUSTICE